| | |
|---|---|
| 1 | BENTLEY P. STANSBURY III, CASB No. 229102 |
| | bentley.stansbury@kyl.com |
| 2 | KEESAL, YOUNG & LOGAN |
| | 400 Oceangate |
| 3 | Long Beach, California 90802 |
| | Telephone:  (562) 436-2000 |
| 4 | Facsimile:   (562) 436-7416 |
| 5 | DAVID Y. LIVSHIZ (*pro hac vice to be filed*) |
| | david.livshiz@freshfields.com |
| 6 | MATTHEW S. RUBLIN (*pro hac vice to be filed*) |
| | matthew.rublin@freshfields.com |
| 7 | FRESHFIELDS BRUCKHAUS DERINGER US LLP |
| | 601 Lexington Avenue, 31st Floor |
| 8 | New York, New York 10022 |
| | Telephone:  (212) 277-4000 |
| 9 | Facsimile:   (212) 277-4001 |
| 10 | ANIKA HAVALDAR (*pro hac vice to be filed*) |
| | anika.havaldar@freshfields.com |
| 11 | FRESHFIELDS BRUCKHAUS DERINGER US LLP |
| | 700 13th Street, NW, 10th Floor |
| 12 | Washington, DC 20005 |
| | Telephone:  (202) 777-4500 |
| 13 | Facsimile:   (202) 777-4555 |

*Attorneys for Applicants Xiaomi Technology Germany GmbH and Xiaomi Technology Netherlands B.V.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF XIAOMI TECHNOLOGY GERMANY GMBH AND XIAOMI TECHNOLOGY NETHERLANDS B.V. FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | CASE NO.: **22MC1241**<br><br>**XIAOMI TECHNOLOGY GERMANY GMBH AND XIAOMI TECHNOLOGY NETHERLANDS B.V.'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

Based upon the accompanying Memorandum of Points and Authorities, and Declarations of Wolrad Prinz zu Waldeck und Pyrmont and Anika Havaldar ("Havaldar Declaration") and the Exhibits attached hereto, Applicants Xiaomi Technology Germany GmbH and Xiaomi Technology Netherlands B.V., through their attorneys, hereby apply to this Court for an Ex Parte Order granting this Application and entering the Proposed Order pursuant to 28 U.S.C. § 1782: (i) authorizing Applicants to serve Qualcomm Incorporated with the subpoena attached as Exhibit A to the Havaldar Declaration, (ii) directing Qualcomm Incorporated to produce the documents responsive to the subpoena, and (iii) such other relief as this Court deems just and proper.

Applicants respectfully request that the Court order the production of documents specified in the subpoena, unless otherwise agreed by the parties, on or before September 9, 2022.

## JURISDICTION

This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1782. This Court has personal jurisdiction over the object of this application because Qualcomm Incorporated's principal place of business is in San Diego, California.

DATED: August 26, 2022

/s/ BPS
BENTLEY P. STANSBURY III
KEESAL, YOUNG & LOGAN

DAVID Y. LIVSHIZ (*pro hac vice*)
ANIKA HAVALDAR (*pro hac vice*)
MATTHEW S. RUBLIN (*pro hac vice*)
FRESHFIELDS BRUCKHAUS DERINGER US LLP

*Pro Hac Vice Applications Forthcoming*

*Attorneys for Applicants Xiaomi Technology Germany GmbH and Xiaomi Technology Netherlands B.V.*