```
 1  BENTLEY P. STANSBURY III, CASB No. 229102
    bentley.stansbury@kyl.com
 2  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 3  400 Oceangate, Suite 1400
    Long Beach, California  90802
 4  Telephone:  (562) 436-2000
    Facsimile:  (562) 436-7416
 5
 6  DAVID Y. LIVSHIZ
    david.livshiz@freshfields.com
 7  MATTHEW S. RUBLIN
    matthew.rublin@freshfields.com
 8  FRESHFIELDS BRUCKHAUS DERINGER US LLP
    601 Lexington Avenue, 31st Floor
 9  New York, New York  10022
    Telephone:  (212) 277-4000
10  Facsimile:  (212) 277-4001
11
12  Attorneys for Applicants
    XIAOMI TECHNOLOGY GERMANY GmbH and
13  XIAOMI TECHNOLOGY NETHERLANDS B.V.
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: EX PARTE APPLICATION OF XIAOMI TECHNOLOGY GERMANY GMBH AND XIAOMI TECHNOLOGY NETHERLANDS B.V. FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS, | Case No. 3:22-mc-01241-AGS<br><br>**NOTICE OF WITHDRAWAL OF EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

///

///

-1-

NOTICE OF WITHDRAWAL OF EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS
KYL4866-8612-6407.1

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Applicants XIAOMI TECHNOLOGY GERMANY GmbH and XIAOMI TECHNOLOGY NETHERLANDS B.V. ("Applicants") hereby request to withdraw their *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 To Obtain Discovery For Use in Foreign Proceedings (Dkt. No. 1) (the "Application").

DATED: January 4, 2023

/s/ **Bentley P. Stansbury III**
BENTLEY P. STANSBURY III
KEESAL, YOUNG & LOGAN
E-mail: bentley.stansbury@kyl.com

DAVID Y. LIVSHIZ (*pro hac vice*)
MATTHEW S. RUBLIN (*pro hac vice*)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
E-mail: david.livshiz@freshfields.com
matthew.rublin@freshfields.com

Attorneys For Applicants
XIAOMI TECHNOLOGY GERMANY GmbH and XIAOMI TECHNOLOGY NETHERLANDS B.V.